IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02586-PAB-CBS

DAVID JAMES VIRGIL,
    Applicant,
v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections,
SAMANTHA NOVOTNI, Director, Phoenix Center (Adams County Community Corrections), and
JOHN SUTHERS, The Attorney General of the State of Colorado,
    Respondents.
_____

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Virgil's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (filed December 12, 2007) (doc. # 1). Pursuant to the Order of Reference dated April 16, 2009 (doc. # 15), this civil action was referred to the Magistrate Judge to, *inter alia*, "[s]ubmit proposed findings of fact and recommendations . . ." After reviewing the Petition and Respondents' Answer (filed April 16, 2009) (doc. # 14), the court determines that the state court record would assist the court in resolving this matter. Accordingly, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

    1.    The Clerk of the Court for the Morgan County District Court, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in *People v. David James Virgil*, Morgan County District Court Criminal

Case No. 03CR144, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or before May 19, 2009**.

2. The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to the Clerk of the Court for the Morgan County District Court, Morgan County Justice Center, 400 Warner Street, Fort Morgan CO 80701.

DATED at Denver, Colorado, this 17th day of April, 2009.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge