IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02586-PAB-CBS

DAVID JAMES VIRGIL,
    Applicant,
v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections,
SAMANTHA NOVOTNI, Director, Phoenix Center (Adams County Community Corrections), and
JOHN SUTHERS, The Attorney General of the State of Colorado,
    Respondents.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Virgil's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (filed December 12, 2007) (doc. # 1). Pursuant to the Order of Reference dated April 16, 2009 (doc. # 15), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters" and "submit proposed findings of fact and recommendations . . ."

    The court's review of the record indicates that since the filing of the Petition on December 12, 2007, Mr. Virgil's copies of several mailings from the court have been returned in the mail as undeliverable.  (*See* doc. # 5 (letter to Mr. Virgil dated January 4, 2008 from the court) returned marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward), docs. # 6 and # 7 ("Order to Answer" dated January 4, 2008) returned marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward), doc. # 9 (text entry dated October 22, 2008 reassigning judge) returned marked "Return

1

to Sender, Not Deliverable as Addressed, Unable to Forward), and doc. # 18 ("Order to Answer" dated April 1, 2009) returned marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward).  Mr. Virgil has failed to notify the court pursuant to D.C. COLO. LCivR 10.1 M. within ten days after any change of address or telephone number.  On April 27, 2009, the court requested and Respondents provided Mr. Virgil's last known address, as provided by his parole officer.  (*See* docs. # 19 and # 20).  Accordingly, IT IS ORDERED that:

1. Mr. Virgil shall provide to the court in writing **on or before May 12, 2009** his current address and telephone number in accordance with D.C. COLO. LCivR 10.1 M. of the Local Rules of Practice of the United States District Court for the District of Colorado.  Mr. Virgil is warned that failure to respond to this Order may result in a Recommendation that this civil action be dismissed without further notice and dismissal of this civil action without further notice.

2. Respondents shall re-mail a copy of their Answer to Application for Writ of Habeas Corpus (doc. # 14) to Mr. Virgil at 5359 East 113th, Thornton, CO 80233.

3. The Clerk of the Court shall mail a copy of this Order and copies of docs. # 8, # 10, # 15, # 16, # 19, and # 20 to Mr. Virgil at 5359 East 113th, Thornton, CO 80233.

DATED at Denver, Colorado, this 28th day of April, 2009.

BY THE COURT:

  s/ Craig B. Shaffer  
United States Magistrate Judge