F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 6 2010

GREGORY C. LANGHAM
CLERK


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Case No. 07-cv-02586 PAB-CBS

DAVID JAMES VIRGIL,

    Applicant,

v.

ARISTEDES W. ZAVARAS, Executive Director, Department of Corrections,
SAMANTHA NOVOTNI, Director, Phoenix Center (Adams County Community Corrections), and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado this 4th day of May, 2010.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-02586 PAB-CBS

Morgan County Court
400 Warner St.
Fort Morgan, CO 80701

David James Virgil
# 122403
5359 East 113th Ave
Thornton, CO 80233

Elizabeth Fraser Rohrbough - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/6/10  .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk